**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01042-REB-CBS

ANGELA M. HILL,

    Plaintiff,

v.

REGENT ASSET MANAGEMENT SOLUTIONS, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before me on the **Notice of Voluntary Dismissal (Unlawful Debt Collection Practices)** [#14] filed November 15, 2010. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal (Unlawful Debt Collection Practices)** [#14] filed November 15, 2010, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated November 15, 2010, at Denver, Colorado.

                                  **BY THE COURT:**

                                  */s/ Bob Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge